IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-00325-CMA-CBS

CELINE RICHWINE,

    Plaintiff,

v.

COMMUNITY COLLEGE OF DENVER,
GARY SAWYER, in his individual capacity, and
CHRISTOPHER BUDDEN, in his individual capacity,

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO VOLUNTARILY DISMISS DEFENDANTS GARY SAWYER AND CHRISTOPHER BUDDEN AND TO VOLUNTARILY DISMISS PLAINTIFF'S SECOND AND THIRD CLAIMS FOR RELIEF.**

---

This matter is before the Court on Plaintiff's Unopposed Motion to Voluntarily Dismiss Defendants Gary Sawyer and Christopher Budden and to Voluntarily Dismiss Plaintiff's Second and Third Claims for Relief ( Doc. #28). The Court has reviewed the Motion and ORDERS as follows:

Defendants Gary Sawyer and Christopher Budden are hereby DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that Plaintiff's Second and Third Claims for relief are dismissed with prejudice. It is

FURTHER ORDERED that each party shall pay his, her or its own costs, attorneys fees and expenses.

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Gary Sawyer and Christopher Budden as Defendants in this case.

DATED: October 16, 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge