**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-00325-CMA-CBS

CELINE RICHWINE,

    Plaintiff,

v.

COMMUNITY COLLEGE OF DENVER,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

This matter is before the Court on Plaintiff's Unopposed Motion for Dismissal With Prejudice (Doc. # 36). The Court, having reviewed the motion and being fully advised, hereby GRANTS the motion. It is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

DATED: December __04__, 2014

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge